IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFTON SUKHU,<br><br>                Plaintiff,<br><br>v.<br><br>PEPPERIDGE PARM, INC.,<br><br>                Defendant. | CIVIL ACTION<br>NO. 21-1372 |

## ORDER

**AND NOW**, this 2nd day of June 2021, upon consideration of Plaintiff's Notice of Voluntary Dismissal (Doc. No. 11), it is **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.